R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Lan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Mehdi Poursoltani, CA Bar No. 331,961
poursoltani@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

Attorneys for Plaintiffs,
Travel Assets, Inc., d.b.a. Smokebuddy,
and Gregg Gorski

John L. Roberts (SBN 208,927)
john@robertsiplaw.com
ROBERTS IP LAW
6545 S Fort Apache Rd,
Ste 135-102
Las Vegas, NV 89148-6758
Telephone: 702-482-7405

Attorney for Defendant,
Novelty, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travel Assets, Inc., d.b.a. Smokebuddy, a California corporation, and Gregg Gorski, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Novelty, Inc., an Indiana corporation,<br><br>Defendant. | Case No. 2:23-cv-01469-FMO-JPR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>The Honorable Fernando M. Olguin |

TROJAN LAW OFFICES
BEVERLY HILLS

TROJAN LAW OFFICES
BEVERLY HILLS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski (collectively, "Plaintiffs"), and Defendant Novelty, Inc. ("Defendant") (collectively, the "Parties"), having agreed to a compromise and settlement of all claims in this action, the terms of which are set forth in a separate Settlement Agreement executed by the parties, hereby stipulate and agree that this action is voluntarily dismissed, dismissing all claims which were raised or could have been raised in this action, with prejudice, except that the Court shall retain jurisdiction for the purposes of implementing and enforcing the Stipulated Permanent Injunction against Defendant. This Stipulation is signed by counsel for all parties who have appeared in this action.

Each party shall bear its own costs and attorneys' fees.

                                                Respectfully Submitted,

                                                TROJAN LAW OFFICES

Dated: June 5, 2024                  By:    /s/R. Joseph Trojan
                                                    R. Joseph Trojan (137,067)
                                                      Dylan C. Dang (223,455)
                                                      Mehdi Poursoltani (331,961)
                                                      Attorneys for Plaintiffs
                                                      Travel Assets Inc., d.b.a.
                                                      Smokebuddy and Gregg Gorski


                                                ROBERTS IP LAW

Dated: June 5, 2024                  By:    /s/John L. Roberts
                                                      John L. Roberts (SBN 208927)
                                                      Attorney for Defendant
                                                      Novelty, Inc.