JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travel Assets, Inc., d.b.a. Smokebuddy, a California corporation, and Gregg Gorski, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>Novelty, Inc., an Indiana corporation,<br><br>    Defendant. | Case No. 2:23-cv-01469-FMO-JPR<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION** |

TROJAN LAW OFFICES
BEVERLY HILLS

This matter comes before the Court on Plaintiffs Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski (collectively, "Plaintiffs") brought this action against Defendant Novelty, Inc. ("Defendant") (collectively, the "Parties") Application for entry of the Stipulated Permanent Injunction attached hereto.

The Court, having considered the Parties' Stipulation for entry of the Stipulated Permanent Injunction and finding good cause therefore, hereby ORDERS as follows:

1. The Stipulated Permanent Injunction is hereby made the order of this Court.

**IT IS SO ORDERED.**

Date: June 11, 2024

/s/

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1